**THE AGUILERA LAW GROUP, APLC**
A. ERIC AGUILERA (SBN 192390)
KIMBERLY R. ARNAL (SBN 200448)
700 S. Flower Street, Suite 3350
Los Angeles, CA 90017
T: 213-929-1330 / F: 213-929-1331
deli@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK | CASE NO.   3:13-cv-01082 EMC<br><br>Judge   :   Hon. Edward M. Chen<br><br>**STIPULATION TO EXTEND TIME FOR ASPEN SPECIALTY INSURANCE COMPANY TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER**<br><br>Complaint Filed: 3/08/2013 |

1

1    RETENTION GROUP, a District of Columbia
     corporation; SCOTTSDALE INSURANCE
2    COMPANY, an Ohio corporation; UNITED
     NATIONAL INSURANCE COMPANY, a
3    Pennsylvania corporation; ZURICH
     AMERICAN INSURANCE COMPANY, a
4    New York corporation and DOES 1-1000,
     inclusive,
5

6             Defendants.

7

8        This Stipulation is entered into by and between Plaintiff St. Paul Mercury Insurance

9 Company ("St. Paul") and Defendant Aspen Specialty Insurance Company ("Aspen") by and

10 through their respective counsel of record.

11                              **RECITALS**

12      1.      WHEREAS St. Paul filed its complaint in the instant action on March 8, 2013;

13      2.      WHEREAS St. Paul served Aspen with the summons and complaint in this action

14 on March 19, 2013;

15      3.      WHEREAS, under the Federal Rules of Civil Procedure, Rule 12(a)(1), Aspen's

16 response was due by April 10, 2013;

17      4.      WHEREAS, St. Paul provided Aspen with a fifteen (15) day extension of time to

18 file a responsive pleading in this action, such that Aspen's response to the complaint became April

19 25, 2013;

20      5.      WHEREAS, Aspen needs and St. Paul is willing to provide another extension of

21 time to file a responsive pleading in this action;

22      6.      Whereas, St. Paul and Aspen agree that the further extension of time for Aspen to

23 file a responsive pleading to the Complaint will not alter the date of any event or any deadline

24 already fixed by Court order.

25             **IT IS HEREBY STIPULATED AND AGREED:**

26      7.      Aspen is granted a fifteen (15) day extension of time to file a responsive pleading

27 in this action, such that Aspen's response to the complaint is now due on May 10, 2013.

28

2

**3:13-cv-01082 EMC**
Stipulation to Extend Time for Aspen to File a Responsive Pleading; [Proposed] Order

8.      This stipulation shall not constitute an appearance by Aspen. Aspen does not waive its right to challenge the Court's jurisdiction over this matter and/or whether Aspen was validly served with summons and complaint.

DATED: April 25, 2013                    THE AGUILERA LAW GROUP, APLC


                                         By:     /s/ Kimberly R. Arnal
                                                 A. ERIC AGUILERA
                                                 KIMBERLY ARNAL
                                         Attorneys for Plaintiff
                                         ST. PAUL MERCURY INSURANCE COMPANY

DATED: April 25, 2013                    SELMAN BREITMAN LLP


                                         By:     /s/ Gregory J. Newman
                                                 GREGORY J. NEWMAN
                                         Attorneys for Defendant
                                         ASPEN SPECIALTY INSURANCE COMPANY

## ORDER

The Court having reviewed the stipulation between Plaintiff  St. Paul and Defendant Aspen further extending the time for Aspen to respond to the complaint, the Court grants the stipulation and orders that Aspen shall have through and until May 10, 2013 to respond to the Complaint.

**IT IS SO ORDERED**.

DATED:      4/29/13

By:     _____
        Hon. Edward M. Chen

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On April 25, 2013, I served the foregoing document described as:  **STIPULATION TO EXTEND TIME FOR ASPEN SPECIALTY INSURANCE COMPANY TO FILE A RESPONSIVE PLEADING; [PROPOSED ORDER]** on the interested parties in this action.

☐ **BY U.S. MAIL**
( ) *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

☐   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒   **BY ELECTRONIC SERVICE VIA ECF**  I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐   (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

        Executed on April 25, 2013 at Los Angeles, California.


                    _____/s/ Judy Jaramillo_____
                              Judy Jaramillo

**3:13-cv-01082 EMC**
Stipulation to Extend Time for Aspen to File a Responsive Pleading; [Proposed] Order

564296.1  666.34657