SHERYL W. LEICHENGER (SBN 161688),
sleichenger@selmanbreitman.com
ELISABETH M. D'AGOSTINO (SBN 251179),
edagostino@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>Defendants. | CASE NO. CV-13-1082 EMC<br><br>STIPULATION TO EXTEND NAUTILUS INSURANCE COMPANY'S TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT (L.R.6-1(b) and 6-2)<br><br>Complaint Filed : 03/08/13<br>FAC Filed : 06/13/13 |

Pursuant to Civil Local Rules 6-1(b) and 6-2 Defendant NAUTILUS INSURANCE COMPANY ("Nautilus") and Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("St. Paul"), by and through their attorneys, hereby stipulate to extend Nautilus's time to respond to the First Amended Complaint until 14 days after the Court's ruling on Nautilus's anticipated Motion to Dismiss and Motion to Strike portions of St. Paul's First Amended Complaint, should the motions be denied.

WHEREAS, the Complaint was filed on March 8, 2013 and served

1
STIPULATION TO EXTEND NAUTILUS INSURANCE COMPANY'S TIME TO FILE
ANSWER TO FIRST AMENDED COMPLAINT, Case No. CV-13-1082 EMC

1  on Nautilus on March 28, 2013.

2  WHEREAS, the original deadline for Nautilus to respond to
3  the Complaint was April 18, 2013.

4  WHEREAS, as permitted by Local Rule 6-1(a), Nautilus and St.
5  Paul stipulated to extensions for Nautilus to respond to St.
6  Paul's Complaint, such that Nautilus had up to and including May
7  23, 2013 to respond. See, Dkt. Nos. 15 and 44.

8  WHEREAS, on May 23, 2013, Nautilus filed its Motion to
9  Dismiss and Motion to Strike, along with its supporting papers.
10 See, Dkt. Nos. 65-67.

11 WHEREAS, on June 13, 2013, St. Paul filed its First Amended
12 Complaint. See, Dkt. No. 83.

13 WHEREAS, in light of the new pleadings alleged in St. Paul's
14 First Amended Complaint, Nautilus filed a Notice of Withdrawal of
15 its pending Motions to Dismiss and Strike, but reserved the right
16 to challenge St. Paul's First Amended Complaint on the same
17 and/or different grounds as those presented in its previously-
18 filed Motion to Dismiss and Motion to Strike. See, Dkt. No. 86.

19 WHEREAS, Nautilus and St. Paul have discussed the merits of
20 a second Motion to Dismiss and/or Strike, and must agree to
21 disagree as to whether St. Paul's First Amended Complaint cured
22 all of the issues identified in Nautilus's original Motion to
23 Dismiss and Motion to Strike. As such, Nautilus intends to file
24 a Motion(s) to Dismiss and/or Strike portions of St. Paul's First
25 Amended Complaint.

26 WHEREAS, F.R.C.P. Rule 15(a)(3) would require that Nautilus
27 file an answer with its anticipated motions in order to avoid the

28

risk of default.

WHEREAS, as permitted by Local Rules 6-1(b) and 6-2, Nautilus and St. Paul have stipulated that Nautilus's time to file an answer to St. Paul's First Amended Complaint is extended to 14 days after the ruling(s) on Nautilus's Motion(s) to Dismiss and/or Strike, in the event such motions are denied.

WHEREAS, the Stipulation will not alter the date of any event or deadline already fixed by Court Order, and it would not modify the schedule for the case.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL AS FOLLOWS:

Nautilus shall have 14 days after the Court's ruling on Nautilus's anticipated Motion to Dismiss and Motion to Strike portions of St. Paul's First Amended Complaint, should the motions be denied, to respond to St. Paul's First Amended Complaint.

IT IS SO STIPULATED:

DATED: June 26, 2013         SELMAN BREITMAN LLP


By:   /s/ Elisabeth M. D'Agostino
      SHERYL W. LEICHENGER
      ELISABETH M. D'AGOSTINO
      Attorneys for Defendant
      NAUTILUS INSURANCE COMPANY


**[SIGNATURES CONTINUE ON NEXT PAGE]**

```
1   DATED: June 26, 2013          THE AGUILERA LAW GROUP, APLC
2
3                                 By:    /s/ Kimberly R. Arnal
                                        DANIEL ELI
4                                       KIMBERLY R. ARNAL
                                        Attorneys for Plaintiff
5                                       ST. PAUL MERCURY INSURANCE
                                        COMPANY
6
7       IT IS SO ORDERED:
8
                 7/2/13
9       Dated: _____
10
11
12
```



IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION TO EXTEND NAUTILUS INSURANCE COMPANY'S TIME TO FILE
ANSWER TO FIRST AMENDED COMPLAINT, Case No. CV-13-1082 EMC