1   SHERYL W. LEICHENGER (SBN 161688),
    sleichenger@selmanbreitman.com
2   ELISABETH M. D'AGOSTINO (SBN 251179),
    edagostino@selmanbreitman.com
3   SELMAN BREITMAN LLP
    11766 Wilshire Boulevard, Sixth Floor
4   Los Angeles, CA  90025
    Telephone: (310) 445-0800
5   Facsimile: (310) 473-2525

6   Attorneys for Defendant
    NAUTILUS INSURANCE COMPANY

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  ST. PAUL MERCURY INSURANCE          CASE NO.  CV-13-1082 EMC
    COMPANY,
12
            Plaintiff,
13                                      STIPULATION TO EXTEND NAUTILUS
        v.                              INSURANCE COMPANY'S TIME TO FILE
14                                      ANSWER TO FIRST AMENDED COMPLAINT
    AMERICAN SAFETY INDEMNITY           (L.R.6-1(b) and 6-2)
15  COMPANY, et al.,
16          Defendants.
17                                      Complaint Filed  : 03/08/13
                                        FAC Filed        : 06/13/13
18

19

20       Pursuant to Civil Local Rules 6-1(b) and 6-2 Defendant

21  NAUTILUS INSURANCE COMPANY ("Nautilus") and Plaintiff ST. PAUL

22  MERCURY INSURANCE COMPANY ("St. Paul"), by and through their

23  attorneys, hereby stipulate to extend Nautilus's time to respond

24  to the First Amended Complaint until 14 days after the Court's

25  ruling on Nautilus's anticipated Motion to Dismiss and Motion to

26  Strike portions of St. Paul's First Amended Complaint, should the

27  motions be denied.

28       WHEREAS, the Complaint was filed on March 8, 2013 and served

                                   1

*Selman Breitman LLP*
ATTORNEYS AT LAW

569667.1  1159.34584

1   on Nautilus on March 28, 2013.

2   WHEREAS, the original deadline for Nautilus to respond to
3   the Complaint was April 18, 2013.

4   WHEREAS, as permitted by Local Rule 6-1(a), Nautilus and St.
5   Paul stipulated to extensions for Nautilus to respond to St.
6   Paul's Complaint, such that Nautilus had up to and including May
7   23, 2013 to respond.  See, Dkt. Nos. 15 and 44.

8   WHEREAS, on May 23, 2013, Nautilus filed its Motion to
9   Dismiss and Motion to Strike, along with its supporting papers.
10  See, Dkt. Nos. 65-67.

11  WHEREAS, on June 13, 2013, St. Paul filed its First Amended
12  Complaint.  See, Dkt. No. 83.

13  WHEREAS, in light of the new pleadings alleged in St. Paul's
14  First Amended Complaint, Nautilus filed a Notice of Withdrawal of
15  its pending Motions to Dismiss and Strike, but reserved the right
16  to challenge St. Paul's First Amended Complaint on the same
17  and/or different grounds as those presented in its previously-
18  filed Motion to Dismiss and Motion to Strike. See, Dkt. No. 86.

19  WHEREAS, Nautilus and St. Paul have discussed the merits of
20  a second Motion to Dismiss and/or Strike, and must agree to
21  disagree as to whether St. Paul's First Amended Complaint cured
22  all of the issues identified in Nautilus's original Motion to
23  Dismiss and Motion to Strike.  As such, Nautilus intends to file
24  a Motion(s) to Dismiss and/or Strike portions of St. Paul's First
25  Amended Complaint.

26  WHEREAS, F.R.C.P. Rule 15(a)(3) would require that Nautilus
27  file an answer with its anticipated motions in order to avoid the

28

Selman Breitman LLP
ATTORNEYS AT LAW

2

569667.1  1159.34584

1  risk of default.

2      WHEREAS, as permitted by Local Rules 6-1(b) and 6-2,

3  Nautilus and St. Paul have stipulated that Nautilus's time to

4  file an answer to St. Paul's First Amended Complaint is extended

5  to 14 days after the ruling(s) on Nautilus's Motion(s) to Dismiss

6  and/or Strike, in the event such motions are denied.

7      WHEREAS, the Stipulation will not alter the date of any

8  event or deadline already fixed by Court Order, and it would not

9  modify the schedule for the case.

10     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL AS

11 FOLLOWS:

12     Nautilus shall have 14 days after the Court's ruling on

13 Nautilus's anticipated Motion to Dismiss and Motion to Strike

14 portions of St. Paul's First Amended Complaint, should the

15 motions be denied, to respond to St. Paul's First Amended

16 Complaint.

17     IT IS SO STIPULATED:

18 DATED: June 26, 2013       SELMAN BREITMAN LLP

19

20                           By:    /s/ Elisabeth M. D'Agostino
                                   SHERYL W. LEICHENGER
21                                 ELISABETH M. D'AGOSTINO
                                   Attorneys for Defendant
22                                 NAUTILUS INSURANCE COMPANY

23

24             [SIGNATURES CONTINUE ON NEXT PAGE]

25

26

27

28

                                3

Selman Breitman LLP
ATTORNEYS AT LAW

569667.1  1159.34584

DATED: June 26, 2013          THE AGUILERA LAW GROUP, APLC


                              By:    /s/ Kimberly R. Arnal
                                     DANIEL ELI
                                     KIMBERLY R. ARNAL
                                     Attorneys for Plaintiff
                                     ST. PAUL MERCURY INSURANCE
                                     COMPANY


          IT IS SO ORDERED:


                      7/2/13
Dated: _____



IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Selman Breitman LLP
ATTORNEYS AT LAW

569667.1  1159.34584

4

STIPULATION TO EXTEND NAUTILUS INSURANCE COMPANY'S TIME TO FILE
ANSWER TO FIRST AMENDED COMPLAINT, Case No. CV-13-1082 EMC