1  SQUIRE SANDERS (US) LLP
   Diane L. Gibson (State Bar No. 114825)
2  Ethan H. Seibert (State Bar No. 232262)
   275 Battery Street, Suite 2600
3  San Francisco, CA  94111
   Telephone:  +1 415 954 0200
4  Facsimile:   +1 415 393 9887
   Email:       diane.gibson@squiresanders.com
5               ethan.seibert@squiresanders.com

6  Attorneys for Defendant
   STRS OHIO CA REAL ESTATE INVESTMENT I,
7  LLC

8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation | Case No.  C-13-01082 EMC |
|----|---|---|
| 12 | | ORDER |
| | | **STIPULATION TO EXTEND STRS OHIO CA REAL ESTATE INVESTMENT I, LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT [L.R. 6-1(a)]** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | AMERICAN SAFETY INDEMNITY COMPANY, et al. | Complaint Filed:  03/08/13 |
| | | FAC Filed:        06/13/13 |
| 16 | Defendants. | Response Due:     11/01/13 |
| | | New Response Due: 11/15/13 |

17

18

19       Pursuant to Civil Local Rule 6-1(a) STRS OHIO CA REAL ESTATE INVESTMENT I,

20  LLC ("STRS") and ST. PAUL MERCURY INSURANCE COMPANY ("St. Paul"), by and

21  through their undersigned attorneys, hereby stipulate to extend STRS' time to answer or

22  otherwise respond to the first amended complaint.

23       WHEREAS, St. Paul filed its initial complaint on March 8, 2013;

24       WHEREAS, St. Paul did not name STRS as a defendant in the initial complaint;

25       WHEREAS, St. Paul filed its first amended complaint on June 13, 2013;

26       WHEREAS, the original deadline for STRS to answer or otherwise respond to the first

27  amended complaint is November 1, 2013;

28       WHEREAS, as permitted by Local Rule 6-1(a), STRS and St. Paul have stipulated to an

extension of time, through and including November 15, 2013, for STRS to answer or otherwise respond to the first amended complaint; and

WHEREAS, the Stipulation will not alter the date of any event or deadline already fixed by Court Order.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL AS FOLLOWS:

STRS shall have up to and including November 15, 2013 within which to answer or otherwise respond to St. Paul's first amended complaint.

IT IS SO STIPULATED.

Dated: October 29, 2013        SQUIRE SANDERS (US) LLP


By:_____/s/ Ethan H. Seibert_____
        Diane L. Gibson
        Ethan H. Seibert

Attorneys for Defendant
STRS OHIO CA REAL ESTATE
INVESTMENT I, LLC

Dated: October 29, 2013        THE AGUILERA LAW GROUP, APLC


By:_____/s/ Kimberly R. Arnal_____
        A. Eric Aguilera
        Kimberly R. Arnal

Attorneys for Plaintiff
ST. PAUL FIRE & MARINE INSURANCE COMPANY

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA