**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff,
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; LAKES AT FOUNTAINGROVE, LLC, a Delaware limited liability company; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN | Case No. CV 13-01082 EMC<br>[Hon. Edward M. Chen]<br><br>**STIPULATION TO VOLUNTARILY DISMISS; [PROPOSED] ORDER** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP, a District of Colombia corporation; STRS OHIO CA REAL ESTATE INVESTMENT I, LLC, a Delaware limited liability company; TRP-SANTA ROSA 103 LAKES, LLC, a California limited liability company; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive,<br><br>                    Defendants. |

**WHEREAS,** Plaintiff St. Paul Fire Mercury Insurance Company ("St. Paul") wishes to dismiss, without prejudice, defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

**WHEREAS,** defendants Maryland Casualty Company, Northern Insurance Company of New York, Zurich Insurance Company, American Safety Indemnity Company, Arch Specialty Insurance Company, First Specialty Insurance Corporation, Probuilders Specialty Insurance Company, RRG, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Golden Bear Insurance Company, Maryland Casualty Company, Mt. Hawley Insurance Company, and Nautilus Insurance Company have appeared in the present action.

**WHEREAS**, the appearing defendants are amenable to St. Paul dismissing without prejudice National Union from the present action;

**IT IS HEREBY STIPULATED** by and between St. Paul and defendants who have appeared in this action, by and through their designated counsel, that defendant National Union is hereby dismissed without prejudice pursuant to FRCP Rule 41(a)(1). National Union and St. Paul further agree to waive any claim for costs each might have associated with the present action.

/ / /

| | | |
|---|---|---|
| 1 | Dated:  December 6, 2013 | **THE AGUILERA LAW GROUP, APLC** |
| 2 | | |
| 3 | | _____/s/ Kimberly R. Arnal_____ |
| 4 | | A. Eric Aguilera |
| | | Kimberly A. Arnal, Esq. |
| 5 | | Attorneys for Plaintiff, |
| 6 | | ST. PAUL MERCURY INSURANCE COMPANY |
| 7 | Dated:  December 6, 2013 | **BOORNAZIAN, JENSEN & GARTHE** |
| 8 | | |
| 9 | | |
| 10 | | _____/s/ Alan E. Swerdlow_____ |
| | | Alan E. Swerdlow |
| 11 | | Attorneys for Defendant, |
| 12 | | AMERICAN SAFETY INDEMNITY COMPANY |
| 13 | Dated:  December 6, 2013 | **CRESSWELL, ECHEGUREN, RODGERS & HARVEY** |
| 14 | | |
| 15 | | |
| 16 | | _____/s/ Matthew S. Harvey_____ |
| | | Ronald D. Echeguren |
| 17 | | Matthew S. Harvey |
| 18 | | Attorneys for Defendant, FIRST SPECIALTY |
| 19 | | INSURANCE CORPORATION |
| 20 | | |
| 21 | Dated:  December 6, 2013 | **SELVIN WRAITH HALMAN LLP** |
| 22 | | |
| 23 | | _____/s/ Hillary C. Agnost_____ |
| | | Hillary C. Agnost |
| 24 | | Gary R. Selvin |
| 25 | | Attorneys for Defendants, LEXINGTON |
| | | INSURANCE COMPANY and NATIONAL UNION |
| 26 | | FIRE INSURANCE COMPANY OF PITTSBURGH, |
| 27 | | PA |
| 28 | | |

3

Dated:  December 6, 2013        **SINNOTT, PUEBLA, CAMPAGNE & CURET**


____/s/ Randy M. Marmor_____
Randy M. Marmor
Attorney for Defendants, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, and ZURICH AMERICAN INSURANCE COMPANY

Dated:  December 6, 2013        **FOLEY & LARDNER LLP**


_____/s/ Nicholas P. Honkamp_____
Eileen R. Ridley
Patrick T. Wong
Nicholas P. Honkamp
Attorneys for Defendant, ARCH SPECIALTY INSURANCE COMPANY

Dated:  December 6, 2013        **BRANSON, BRINKOP, GRIFFITH & STRONG**


_____/s/ Geoffrey Hutchinson_____
John R. Campo
David P. McDonough
Geoffrey Hutchinson
Attorneys for Defendant, PROBUILDERS SPECIALTY INSURANCE CORPORATION, RRG

Dated:  December 6, 2013        **YARON & ASSOCIATES**


___/s/ D. David Steele_____
D. David Steele
George D. Yaron
James I. Silverstein
Attorneys for Defendant, GOLDEN BEAR INSURANCE CORPORATION

4

Dated:  December 6, 2013          **MORISON & PROUGH, LLP**


              ____/s/ Jon Adams_____
              William C. Morison
              Michael D. Prough
              Jon Adams
              Attorneys for Defendant, MT. HAWLEY
              INSURANCE COMPANY


Dated:  December 6, 2013          **SELMAN BREITMAN LLP**


              ____/s/ Elizabeth M. D'Agostino_____
              Elisabeth M. D'Agostino
              Attorneys for Defendant, NAUTILUS
              INSURANCE COMPANY


### [~~PROP~~OSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,   The 1/23/14 hearing on National Union's MSJ is vacated.

DATED:  __12/10/13__              _____
                                  Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

CASE NO. 3-13-CV-01082-EMC
STIPULATION TO VOLUNTARILY DISMISS

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On December 9, 2013, I served the foregoing document described as: **STIPULATION TO VOLUNTARILYDISMISS; [PROPOSED] ORDER** on the interested parties in this action.

☐ **BY U.S. MAIL**
( ) *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF** I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐    (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 9, 2013 at Los Angeles, California.

_____*/s/ Judy Jaramillo*_____
Judy Jaramillo