**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff,
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; LAKES AT FOUNTAINGROVE, LLC, a Delaware limited liability company; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN | Case No. CV 13-01082 EMC<br>[Hon. Edward M. Chen]<br><br>**STIPULATION TO VOLUNTARILY DISMISS; [PR~~OPO~~SED] ORDER** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP, a District of Colombia corporation; STRS OHIO CA REAL ESTATE INVESTMENT I, LLC, a Delaware limited liability company; TRP-SANTA ROSA 103 LAKES, LLC, a California limited liability company; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive,<br><br>                    Defendants. |

**WHEREAS,** Plaintiff St. Paul Fire Mercury Insurance Company ("St. Paul") wishes to dismiss, without prejudice, defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

**WHEREAS,** defendants Maryland Casualty Company, Northern Insurance Company of New York, Zurich Insurance Company, American Safety Indemnity Company, Arch Specialty Insurance Company, First Specialty Insurance Corporation, Probuilders Specialty Insurance Company, RRG, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Golden Bear Insurance Company, Maryland Casualty Company, Mt. Hawley Insurance Company, and Nautilus Insurance Company have appeared in the present action.

**WHEREAS**, the appearing defendants are amenable to St. Paul dismissing without prejudice National Union from the present action;

**IT IS HEREBY STIPULATED** by and between St. Paul and defendants who have appeared in this action, by and through their designated counsel, that defendant National Union is hereby dismissed without prejudice pursuant to FRCP Rule 41(a)(1).  National Union and St. Paul further agree to waive any claim for costs each might have associated with the present action.

/ / /

| | | |
|---|---|---|
| 1 | Dated:  December 6, 2013 | **THE AGUILERA LAW GROUP, APLC** |
| 2 | | |
| 3 | | _____/s/ Kimberly R. Arnal_____ |
| 4 | | A. Eric Aguilera |
| 5 | | Kimberly A. Arnal, Esq. |
|   | | Attorneys for Plaintiff, |
| 6 | | ST. PAUL MERCURY INSURANCE COMPANY |
| 7 | Dated:  December 6, 2013 | **BOORNAZIAN, JENSEN & GARTHE** |
| 8 | | |
| 9 | | |
| 10 | | _____/s/ Alan E. Swerdlow_____ |
|    | | Alan E. Swerdlow |
| 11 | | Attorneys for Defendant, |
| 12 | | AMERICAN SAFETY INDEMNITY COMPANY |
| 13 | Dated:  December 6, 2013 | **CRESSWELL, ECHEGUREN, RODGERS & HARVEY** |
| 14 | | |
| 15 | | |
| 16 | | _____/s/ Matthew S. Harvey_____ |
|    | | Ronald D. Echeguren |
| 17 | | Matthew S. Harvey |
| 18 | | Attorneys for Defendant, FIRST SPECIALTY |
| 19 | | INSURANCE CORPORATION |
| 20 | | |
| 21 | Dated:  December 6, 2013 | **SELVIN WRAITH HALMAN LLP** |
| 22 | | _____/s/ Hillary C. Agnost_____ |
| 23 | | Hillary C. Agnost |
|    | | Gary R. Selvin |
| 24 | | Attorneys for Defendants, LEXINGTON |
| 25 | | INSURANCE COMPANY and NATIONAL UNION |
| 26 | | FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  December 6, 2013 | **SINNOTT, PUEBLA, CAMPAGNE & CURET** |
| 2 | | |
| 3 | | ____/s/ Randy M. Marmor_____ |
| 4 | | Randy M. Marmor |
| 5 | | Attorney for Defendants, MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, and ZURICH AMERICAN INSURANCE COMPANY |
| 8 | Dated:  December 6, 2013 | **FOLEY & LARDNER LLP** |
| 10 | | _____/s/ Nicholas P. Honkamp_____ |
| 11 | | Eileen R. Ridley |
| 12 | | Patrick T. Wong |
| | | Nicholas P. Honkamp |
| 13 | | Attorneys for Defendant, ARCH SPECIALTY INSURANCE COMPANY |
| 15 | Dated:  December 6, 2013 | **BRANSON, BRINKOP, GRIFFITH & STRONG** |
| 17 | | _____/s/ Geoffrey Hutchinson_____ |
| 18 | | John R. Campo |
| 19 | | David P. McDonough |
| | | Geoffrey Hutchinson |
| 20 | | Attorneys for Defendant, PROBUILDERS SPECIALTY INSURANCE CORPORATION, RRG |
| 22 | Dated:  December 6, 2013 | **YARON & ASSOCIATES** |
| 24 | | ___/s/ D. David Steele_____ |
| 25 | | D. David Steele |
| 26 | | George D. Yaron |
| | | James I. Silverstein |
| 27 | | Attorneys for Defendant, GOLDEN BEAR INSURANCE CORPORATION |

Dated: December 6, 2013        **MORISON & PROUGH, LLP**

　　　　　　　　　　　　　　　　____/s/ Jon Adams_____
　　　　　　　　　　　　　　　　William C. Morison
　　　　　　　　　　　　　　　　Michael D. Prough
　　　　　　　　　　　　　　　　Jon Adams
　　　　　　　　　　　　　　　　Attorneys for Defendant, MT. HAWLEY
　　　　　　　　　　　　　　　　INSURANCE COMPANY


Dated: December 6, 2013        **SELMAN BREITMAN LLP**

　　　　　　　　　　　　　　　　____/s/ Elizabeth M. D'Agostino_____
　　　　　　　　　　　　　　　　Elisabeth M. D'Agostino
　　　　　　　　　　　　　　　　Attorneys for Defendant, NAUTILUS
　　　　　　　　　　　　　　　　INSURANCE COMPANY


## [P~~ROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,    The 1/23/14 hearing on National Union's MSJ is vacated.

DATED: __12/10/13_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

5

CASE NO. 3-13-CV-01082-EMC
STIPULATION TO VOLUNTARILY DISMISS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On December 9, 2013, I served the foregoing document described as: **STIPULATION TO VOLUNTARILYDISMISS; [PROPOSED] ORDER** on the interested parties in this action.

☐ **BY U.S. MAIL**
( ) *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF**  I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 9, 2013 at Los Angeles, California.

_____*/s/ Judy Jaramillo*_____
Judy Jaramillo