JOHN R. CAMPO, ESQ., SBN 157137
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981
E-Mail: jcampo@bbgslaw.com; dmcdonough@bbgslaw.com

Attorney for Defendant **PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNTION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NOTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION | Case No: 3:13-CV-01082-EMC<br>[Hon. Edward M. Chen]<br><br>**STIPULATION TO VOLUNTARILY DISMISS PROBUILDERS AND CLAIMS AGAINST ARCH ARISING OUT OF POLICY NO. 39DCGL000955; [PR~~OPOSE~~D] ORDER** |

1

CASE NO. 3:13-CV-01082-EMC
STIPULATION TO VOLUNTARILY DISMISS PROBUILDERS AND VARIOUS CLAIMS AGAINST ARCH

GROUP, a District of Columbia corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive,

Defendants.

WHEREAS, Plaintiff St. Paul Mercury Insurance Company ("St. Paul") wishes to dismiss, without prejudice, defendant ProBuilders Specialty Insurance Company, RRG ("ProBuilders").

WHEREAS, Plaintiff St. Paul wishes to dismiss, without prejudice, claims asserted against defendant Arch Specialty Insurance Company ("Arch") arising out of Policy No. 39DCGL000955, which was issued to CLY, Inc. and effective August 21, 2003 through August 21, 2004, such that paragraphs 26 and 50 of St. Paul's First Amended Complaint are withdrawn.

IT IS HEREBY STIPULATED by and between St. Paul and ProBuilders, through their designated counsel, that defendants ProBuilders is hereby dismissed without prejudice pursuant to FRCP 41(a)(2).  St. Paul and ProBuilders further agree to waive any claim for costs they might have associated with the present action, each party shall bear its own attorneys' fees and costs.

IT IS HEREBY STIPULATED by and between St. Paul and Arch, through their designated counsel, that the claims asserted against Arch arising out of Policy No. 39DCGL000955 are voluntarily dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), such that paragraphs 26 and 50 of St. Paul's First Amended Complaint are withdrawn.  St. Paul and Arch further agree to waive any claim for costs they might have associated with the defense or prosecution of claims arising out of Policy No. 39DCGL000955 in this action.

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

Date: April 11, 2014          BRANSON, BRINKOP, GRIFFITH & STRONG LLP

By: /s/ John R. Campo
    JOHN R. CAMPO
    Attorney for Defendant
    PROBUILDERS SPECIALTY INSURANCE
    COMPANY, RRG (fka BUILDERS &
    CONTRACTORS INSURANCE COMPANY, RRG)

Date: April 11, 2014          THE AGUILERA LAW GROUP, APLC

By: /s/ Kimberly A. Arnal
    A. ERIC AGUILERA
    KIMBERLY A. ARNAL
    Attorneys for Defendant
    ST. PAUL MERCURY INSURANCE COMPANY

Date: April 11, 2014          FOLEY & LARDNER, LLP

By: /s/ Nicholas P. Honkamp
    EILEEN R. RIDLEY
    NICHOLAS P. HONKAMP
    Attorneys for Defendant
    ARCH SPECIALTY INSURANCE COMPANY

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document is acceptable to all counsel for the parties listed in the signature blocks above, and that I have obtained each of the attorney's authorization to affix their respective electronic signature to this document.

Date: April 11, 2014          BRANSON, BRINKOP, GRIFFITH & STRONG LLP

By: /s/ John R. Campo
    JOHN R. CAMPO
    Attorney for Defendant
    PROBUILDERS SPECIALTY INSURANCE
    COMPANY, RRG (fka BUILDERS &
    CONTRACTORS INSURANCE COMPANY, RRG)

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

**[PR~~OPO~~SED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: 4/15/14 _____   HON. ED_____



BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710