|   |   |
|---|---|
| 1 | **THE AGUILERA LAW GROUP, APLC** |
| 2 | A. Eric Aguilera (SBN 192390) |
|   | Kimberly R. Arnal (SBN 200448) |
| 3 | 650 Town Center Drive, Suite 100 |
|   | Costa Mesa, CA 92626 |
| 4 | T: 714.384.6600 / F: 714.384-6601 |
| 5 | eaguilera@aguileragroup.com |
|   | karnal@aguileragroup.com |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | ST. PAUL MERCURY INSURANCE COMPANY |
| 8 |   |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation | Case No. 3:13-cv-01082 EMC [Hon. Edward M. Chen] |
| 13 | | |
| 14 | Plaintiff, | **NOTICE OF SETTLEMENT** |
| 15 | v. | |
| 16 | AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; LAKES AT FOUNTAINGROVE, LLC, a Delaware limited liability company; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP, a District of | |

1

CASE NO. 3:13-CV-01082-EMC
NOTICE OF SETTLEMENT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Colombia corporation; STRS OHIO CA REAL ESTATE INVESTMENT I, LLC, a Delaware limited liability company; TRP-SANTA ROSA 103 LAKES, LLC, a California limited liability company; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive.<br><br>              Defendants. |

7  TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

8       PLEASE TAKE NOTICE that Plaintiff, St. Paul Mercury Insurance Company ("St. Paul"), has reached a settlement with all remaining defendants, including Defendants American Safety Indemnity Company, First Specialty Insurance Corporation, Golden Bear Insurance Company, Lexington Insurance Company, Mt. Hawley Insurance Company, Nautilus Insurance Company, Northern Insurance Company of New York, and Zurich American Insurance Company ("Defendants") in the action entitled *St. Paul Mercury Insurance Company v. American Safety Indemnity Company*, et al., Case No. 3:13-cv-01082-EMC, of all the claims it asserts. St. Paul and Defendants are in the process of documenting their agreement, and St. Paul anticipates that a Stipulation re Dismissal will be filed in the next 60 days.

Dated: January 14, 2015        **THE AGUILERA LAW GROUP, APLC**

                                      */s/ Kimberly R. Arnal*
                                  A. Eric Aguilera, Esq.
                                  Kimberly A. Arnal, Esq.
                                  Attorneys for Plaintiff
                                  ST. PAUL MERCURY INSURANCE COMPANY

```
I IS SO ORDERED that the status conference is reset for 3/26/15 at 10:30 a.m.
An updated joint status report shall be filed by 3/19/15. The status conference
will be vacated once the stipulation for dismissal is filed.
_____
Edward M. Chen
U.S. District Judge
```



CASE NO. 3:13-CV-01082-EMC
NOTICE OF SETTLEMENT

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 S. Flower St., Ste. 2300, Los Angeles, California 90071. On January 14, 2015, **served the documents named below on the parties in this action as follows:**

DOCUMENT(S) SERVED: **NOTICE OF SETTLEMENT**

☐ **BY U.S. MAIL**
( ) *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF** I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 14, 2015 at Los Angeles, California.

_____/s/ Judy Jaramillo_____

Judy Jaramillo