1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Kimberly R. Arnal (SBN 200448)
3  650 Town Center Drive, Suite 100
4  Costa Mesa, CA 92626
   T: 714.384.6600 / F: 714.384-6601
5  eaguilera@aguileragroup.com
6  karnal@aguileragroup.com

7  Attorneys for Plaintiff
   ST. PAUL MERCURY INSURANCE COMPANY
8

9
                **UNITED STATES DISTRICT COURT**
10
     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
11

12

13  ST. PAUL MERCURY INSURANCE          Case No.  3:13-cv-01082 EMC
    COMPANY, a Minnesota corporation     [Hon. Edward M. Chen]
14
                Plaintiff,
15                                       **JOINT STATUS REPORT**
            v.
16
    AMERICAN SAFETY INDEMNITY
17  COMPANY, an Oklahoma corporation;
    ARCH SPECIALTY INSURANCE
18  COMPANY,  a Nebraska corporation;
    FIRST SPECIALTY INSURANCE
19  CORPORATION, a Missouri
    corporation; GOLDEN BEAR
20  INSURANCE COMPANY, a
    California corporation; LAKES AT
21  FOUNTAINGROVE, LLC, a Delaware
    limited liability company;
22  LEXINGTON INSURANCE
    COMPANY, a Delaware corporation;
23  LIBERTY MUTUAL INSURANCE
    COMPANY, a Massachusetts
24  corporation; MT. HAWLEY
    INSURANCE COMPANY, an Illinois
25  corporation; NATIONAL UNION
    FIRE INSURANCE COMPANY OF
26  PITTSBURGH, PA., a Pennsylvania
    corporation; NAUTILUS
27  INSURANCE COMPANY, an Arizona
    corporation; NORTHERN
28

                                        1

INSURANCE COMPANY OF NEW
YORK, a New York corporation;
PROBUILDERS SPECIALTY
INSURANCE COMPANY, RRG, A
RISK RETENTION GROUP, a District
of Colombia corporation; STRS OHIO
CA REAL ESTATE INVESTMENT I,
LLC, a Delaware limited liability
company; TRP-SANTA ROSA 103
LAKES, LLC, a California limited
liability company; ZURICH
AMERICAN INSURANCE
COMPANY, a New York corporation;
and DOES 1-1000, inclusive.

Defendants.

Pursuant to the Court's Order dated January 16, 2015 (ECF No. 156), the Parties to the above-entitled action hereby submit the following statement.

Plaintiff, St. Paul Mercury Insurance Company ("St. Paul") has reached a settlement with all remaining defendants, including Defendants American Safety Indemnity Company, Arch Specialty Insurance Company, First Specialty Insurance Corporation, Golden Bear Insurance Company, Lexington Insurance Company, Mt. Hawley Insurance Company, Nautilus Insurance Company, Northern Insurance Company of New York, and Zurich American Insurance Company. Draft settlement agreements have been circulated amongst the relevant Parties which are actively being negotiated at the present time. Said settlement agreements have yet to be approved and signed by St. Paul and the respective defendants. The Parties anticipate that settlement agreements will be finalized and a Stipulation re Dismissal will be filed in the next 30-days.

Dated: March 19, 2015                    **THE AGUILERA LAW GROUP, APLC**


                                          */s/ Kimberly R. Arnal*
                                          A. Eric Aguilera, Esq.
                                          Kimberly A. Arnal, Esq.
                                          Attorneys for Plaintiff
                                          ST. PAUL MERCURY INSURANCE COMPANY

2

Date: March 19, 2015          **YARON & ASSOCIATES**


By: */s/ James Silverstein*
      George D. Yaron
      James Silverstein
      Lauren M. Case
Attorneys for Defendant GOLDEN BEAR
INSURANCE COMPANY


Date: March 19, 2015          **SELVIN WRAITH HALMAN LLP**


By: */s/ Gary Selvin*
      Gary R. Selvin
Attorneys for Defendant LEXINGTON
INSURANCE COMPANY


Date: March 19, 2015          **CRESSWELL ECHEGUREN RODGERS & HARVEY**


By: */s/ Matthew S. Harvey*
      Ronald D. Echeguren
      Matthew S. Harvey
Attorneys for Defendant FIRST SPECIALTY
INSURANCE CORPORATION


Date: March 19, 2015          **FOLEY & LARDNER LLP**


By: */s/ Nicholas P. Honkamp*
      Eileen R. Ridley
      Nicholas P. Honkamp
Attorneys for Defendants ARCH SPECIALTY
INSURANCE COMPANY

3

Date: March 19, 2015          **BOORNAZIAN JENSEN & GARTHE**


By:  */s/ Alan E. Swerdlow*
          Alan E. Swerdlow
Attorneys for Defendant
AMERICAN SAFETY INDEMNITY COMPANY


Date: March 19, 2015          **SINNOTT PUEBLA CAMPAIGN & CURET, APLC**


By:  */s/ Randy M. Marmor*
          Randy M. Marmor
Attorneys for Defendants MARYLAND
CASUALTY COMPANY, NORTHERN
INSURANCE COMPANY OF NEW YORK and
ZURICH AMERICAN INSURANCE COMPANY


Date: March 19, 2015          **MORISON & PROUGH, LLP**


By:  */s/ Michael Prough*
          Michael Prough
Attorneys for Defendant
MT. HAWLEY INSURANCE COMPANY


IT IS SO ORDERED that the status conference is reset from 3/26/15 to
5/7/15 at 10:30 a.m. This hearing will be vacated once the stipulation
for dismissal is filed.  An updated joint status report shall be filed
by 4/30/15.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 444 S. Flower St., Ste. 2300, Los Angeles, California 90071.   On ***March 19, 2014***, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:        **JOINT STATUS REPORT**

☐ **BY U.S. MAIL**
☐    *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
☐    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒  **BY ELECTRONIC SERVICE VIA ECF**  I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐   (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on ***March 19, 2015*** at Los Angeles, California.

_____*/s/ Judy Jaramillo*_____

Judy Jaramillo

5