**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff,
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; LAKES AT FOUNTAINGROVE, LLC, a Delaware limited liability company; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN | Case No. CV 13-01082 EMC <br> [Hon. Edward M. Chen] <br><br> **STIPULATION TO VOLUNTARILY DISMISS AMERICAN SAFETY INDEMNITY COMPANY; [PROPOSED] ORDER** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP, a District of Colombia corporation; STRS OHIO CA REAL ESTATE INVESTMENT I, LLC, a Delaware limited liability company; TRP-SANTA ROSA 103 LAKES, LLC, a California limited liability company; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive,<br><br>                    Defendants. |

**WHEREAS,** Plaintiff St. Paul Mercury Insurance Company ("St. Paul") and defendant American Safety Indemnity Company ("American Safety") have reached a settlement.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff St. Paul and Defendant American Safety, that American Safety be and is hereby dismissed without prejudice from the above-entitled action pursuant to FRCP 41(a)(1).

Both Plaintiff St. Paul and Defendant American Safety further agree to waive any claim for costs they might have against each other associated with the present action.

Dated: April 29, 2015       **AGUILERA LAW GROUP APLC**

                                        */s/ Kimberly R. Arnal*
                              A. Eric Aguilera, Esq.
                              Kimberly R. Arnal, Esq.
                              Counsel for Plaintiff St. Paul Fire & Marine Insurance Company

Dated: April 29, 2015       **BOORNAZIAN JENSEN & GARTHE**

                              By:   */s/ Alan E. Swerdlow*
                              Alan E. Swerdlow
                              Attorneys for Defendant
                              AMERICAN SAFETY INDEMNITY COMPANY

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: 4/30/15

Honorable Edward M. Chen



CASE NO. 3-13-CV-01082-EMC
STIPULATION TO VOLUNTARILY DISMISS AMERICAN SAFETY INDEMNITY COMPANY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 S. Flower St., Ste. 2300, Los Angeles, California 90071. On *April 29, 2015*, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **STIPULATION TO VOLUNTARILY DISMISS AMERICAN SAFETY INDEMNITY COMPANY; [PROPOSED] ORDER**

☐ **BY U.S. MAIL**
   *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
   ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF** I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on *April 29, 2015* at Los Angeles, California.

                     ____*/s/ Judy Jaramillo*_____
                              Judy Jaramillo