1 | **THE AGUILERA LAW GROUP, APLC**
2 | A. Eric Aguilera (SBN 192390)
3 | Kimberly R. Arnal (SBN 200448)
  | 650 Town Center Drive, Suite 100
4 | Costa Mesa, California 92626
  | T: 714.384.6600 / F: 714.384.6601
5 | eaguilera@aguileragroup.com
6 | karnal@aguileragroup.com

7 | Attorneys for Plaintiff
8 | ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation; MT. HAWLEY INSURANCE | Case No.   C 13-01082-EMC<br>**Hon. Edward M. Chen**<br><br>**STIPULATION TO VOLUNTARILY DISMISS DEFENDANT ZURICH AMERICAN INSURANCE COMPANY; [PRO~~PO~~SED] ORDER** |

1

| | |
|---|---|
| COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP, a District of Colombia corporation; SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive. | |
| Defendants. | |

**WHEREAS,** Plaintiff St. Paul Mercury Insurance Company ("St. Paul") and Defendant Zurich American Insurance Company ("Zurich") have reached a settlement;

**WHEREAS**, Plaintiff St. Paul wishes to dismiss, with prejudice, its First Amended Complaint against Defendant Zurich in the present action.

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff St. Paul and Defendant Zurich, by and through their designated counsel, that Zurich be and is hereby dismissed with prejudice from the above-entitled action pursuant to FRCP 41(a)(1).

Both Plaintiff St. Paul and Defendant Zurich further agree to waive any claim for costs they might have against each other associated with the present action.

///

///

| | | |
|---|---|---|
| DATED: July 9, 2015 | | **SINNOTT PUEBLA CAMPAIGN & CURET, APLC** |

By: <u>*/s/ Randy M. Marmor (Auth. on 7/9/15)*</u>
       Randy M. Marmor
Attorneys for Defendant,
ZURICH AMERICAN INSURANCE COMPANY


DATED: July 9, 2015            THE AGUILERA LAW GROUP, APLC


By:     <u>*Kimberly R. Arnal*            </u>
            A. ERIC AGUILERA
            KIMBERLY R. ARNAL
Attorneys for Plaintiff,
ST. PAUL MERCURY INSURANCE GROUP


### [PROP̶O̶SED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 10, 2015    _____
                 Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

---

3

CASE NO. C-13-01082-EMC
STIPULATION TO VOLUNTARILY DISMISS DEFENDANT ZURICH AMERICAN INSURANCE COMPANY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 S. Flower St., Ste. 2300, Los Angeles, California 90071. On **_July 9, 2014_**, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:   **STIPULATION TO VOLUNTARILY DISMISS DEFENDANT ZURICH AMERICAN INSURANCE COMPANY; [PROPOSED] ORDER**

☐ **BY U.S. MAIL**
    *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
    ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF** I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **_July 9, 2015_** at Los Angeles, California.

                                      _/s/ Judy Jaramillo_
                                          Judy Jaramillo