1  SHERYL W. LEICHENGER (SBN 161688)
   sleichenger@selmanlaw.com
2  ELISABETH M. D'AGOSTINO (SBN 251179)
   edagostino@selmanlaw.com
3  SELMAN BREITMAN LLP
   11766 Wilshire Blvd., Sixth Floor
4  Los Angeles, CA 90025-6538
   Telephone: 310.445.0800
5  Facsimile: 310.473.2525

6

   Attorneys for Defendant NAUTILUS INSURANCE
7  COMPANY

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   ST. PAUL MERCURY INSURANCE        Case No. 3:13-cv-01082-EMC
11 COMPANY, a Minnesota
   corporation,                      STIPULATION TO VOLUNTARILY DISMISS
12                                    DEFENDANT NAUTILUS INSURANCE
                Plaintiff,            COMPANY WITH PREJUDICE; [PROPOSED]
13                                    ORDER
        v.
14                                    Judge:   Hon. Edward M. Chen
   AMERICAN SAFETY INDEMNITY
15 COMPANY, an Oklahoma
   corporation, et al.,
16
                Defendant.
17

18      WHEREAS, Plaintiff St. Paul Mercury Insurance Company ("St.

19 Paul") and Defendant Nautilus Insurance Company ("Nautilus")

20 have reached a settlement;

21      WHEREAS, Plaintiff St. Paul wishes to dismiss, with

22 prejudice, the instant action filed against Defendant Nautilus.

23      IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff

24 St. Paul and Defendant Nautilus, by and through their designated

25 counsel, that Nautilus be and is hereby dismissed with prejudice

26 from the above-entitled action pursuant to FRCP 41(a)(2).

27      / / /

28      / / /

                                1

Selman Breitman LLP
ATTORNEYS AT LAW

1    Both Plaintiff St. Paul and Defendant Nautilus further

2  agree to waive any claim for costs they might have against each

3  other associated with the present action.

4

5  DATED:  August 27, 2015          SELMAN BREITMAN LLP

6

7                                   By: */s/ Elisabeth M. D'Agostino*
                                        SHERYL W. LEICHENGER
8                                       ELISABETH M. D'AGOSTINO
                                     Attorneys for Defendant NAUTILUS
9                                    INSURANCE COMPANY

10

11  DATED:  August 27, 2015          THE AGUILERA LAW GROUP, APLC

12

13                                   By: */s/ Kimberly R. Arnal*
                                        A. ERIC AGUILERA
14                                      KIMBERLY R. ARNAL
                                     Attorneys for Plaintiff ST. PAUL
15                                   MERCURY INSURANCE GROUP

16  The filer of this document attests that the e-signature of Ms.

17  Arnal, on whose behalf this filing is also submitted, concurs in

18  the filing's content and has authorized the use of her e-

19  signature.

20                     **[PROPOSED] ORDER**

21  PURSUANT TO STIPULATION, Nautilus Insurance Company is dismissed

22  from the instant action with prejudice.

23

24  IT IS SO ORDERED.

25

26  DATED:  _____8/27/15_____

27

28

2

*Selman Breitman LLP*
*ATTORNEYS AT LAW*

668442.1 1159.34584