**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; LAKES AT FOUNTAINGROVE, LLC, a Delaware limited liability company; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN | Case No.  3:13-cv-01082 EMC<br>[Hon. Edward M. Chen]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 3, 2015 STATUS CONFERENCE** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP, a District of Colombia corporation; STRS OHIO CA REAL ESTATE INVESTMENT I, LLC, a Delaware limited liability company; TRP-SANTA ROSA 103 LAKES, LLC, a California limited liability company; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive.<br><br>                Defendants. |

10  **WHEREAS,** a Status Conference is set in this matter for September 3, 2015 at

11  10:30 a.m. in Courtroom 5, 17th Floor, San Francisco before the Honorable Edward

12  M. Chen (Dckt No. 175);

13  **WHEREAS,** Plaintiff St. Paul Mercury Insurance Company ("St. Paul") has

14  dismissed defendants Arch Specialty Insurance Company, American Safety

15  Indemnity Company, First Specialty Insurance Corporation, Golden Bear Insurance

16  Company, Nautilus Insurance Company, Northern Insurance Company of New York,

17  and Zurich American Insurance Company; and

18  **WHEREAS**, Mt. Hawley Insurance Company ("Mt. Hawley") and Lexington

19  Insurance Company ("Lexington") are the only remaining defendants who have

20  appeared in this action who have not been dismissed;

21  **WHEREAS,** Mt. Hawley and Lexington have reached a settlement with St.

22  Paul that will result in a dismissal of the present action in its entirety; and

23  **WHEREAS**, St. Paul and Mt. Hawley have finalized their written settlement

24  agreement to resolve their dispute which will become final once the agreement is

25  fully executed and funded; and

26  **WHEREAS**, St. Paul and Lexington have drafted a proposed settlement

27  agreement and anticipate that a settlement agreement will be finalized and funded and

28  a Stipulation re Dismissal will be filed in the next 45 days;

1  **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN**
2  Plaintiff St. Paul and Defendants Mt. Hawley and Lexington, by and through their
3  designated counsel, that the current Status Conference set for September 3, 2015 be
4  rescheduled to October 15, 2015.

6  DATED: September 1, 2015        THE AGUILERA LAW GROUP, APLC

8                                  By:    *Kimberly R. Arnal*
9                                         A. Eric Aguilera
                                           Kimberly R. Arnal
10                                  Attorneys for Plaintiff,
11                                  ST. PAUL MERCURY INSURANCE GROUP

13  DATED: September 1, 2015        **SELVIN WRAITH HALMAN LLP**

15                                  By:  */s/ Gary R. Selvin (Auth. on 9-1-15)*
16                                         Gary R. Selvin
                                    Attorneys for Defendant LEXINGTON
17                                  INSURANCE COMPANY

19  DATED: September 1, 2015        **MORISON & PROUGH, LLP**

21                                  By:  */s/ Michael Prough (Auth. on 9-1-15)*
22                                         Michael Prough
                                    Attorneys for Defendant
23                                  MT. HAWLEY INSURANCE COMPANY

24                                  [PROPOSED] ORDER

26      PURSUANT TO STIPULATION, IT IS SO ORDERED.

27  DATED: _9/1/15_                  _____
28                                   Honorable Edward M. Chen

*IT IS SO ORDERED*
Judge Edward M. Chen

3

CASE NO. 3:13-CV-01082-EMC
STIPULATION AND [PROPOSED] TO CONTINUE STATUS CONFERENCE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 S. Flower St., Ste. 2300, Los Angeles, California 90071. On **_September 1, 2015_**, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:   **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 3, 2015 STATUS CONFERENCE**

SERVED UPON:   **SEE ATTACHED SERVICE LIST**

☐ **BY U.S. MAIL**
☐ *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF** I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **_September 1, 2015_** at Los Angeles, California.

　　　　　　　　　　　　　　　　_/s/ Judy Jaramillo_____
　　　　　　　　　　　　　　　　Judy Jaramillo