**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; GOLDEN BEAR INSURANCE COMPANY, a California corporation; LAKES AT FOUNTAINGROVE, LLC, a Delaware limited liability company; LEXINGTON INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MT. HAWLEY INSURANCE COMPANY, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; NAUTILUS INSURANCE COMPANY, an Arizona corporation; NORTHERN | Case No.  3:13-cv-01082 EMC<br>[Hon. Edward M. Chen]<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER TO VACATE TRIAL DATE**<br>(modified) |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | INSURANCE COMPANY OF NEW YORK, a New York corporation; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP, a District of Colombia corporation; STRS OHIO CA REAL ESTATE INVESTMENT I, LLC, a Delaware limited liability company; TRP-SANTA ROSA 103 LAKES, LLC, a California limited liability company; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-1000, inclusive.<br><br>                         Defendants. |

10  **WHEREAS,** Plaintiff St. Paul Mercury Insurance Company ("St. Paul") has
11  dismissed defendants Arch Specialty Insurance Company, American Safety
12  Indemnity Company, First Specialty Insurance Corporation, Golden Bear Insurance
13  Company, Nautilus Insurance Company, Northern Insurance Company of New York,
14  and Zurich American Insurance Company; and

15  **WHEREAS**, Mt. Hawley Insurance Company ("Mt. Hawley") and Lexington
16  Insurance Company ("Lexington") are the only remaining defendants who have
17  appeared in this action who have not been dismissed; and

18  **WHEREAS**, St. Paul and Mt. Hawley have executed an agreement to resolve
19  their dispute which will become final once the agreement is funded; and

20  **WHEREAS**, St. Paul and Lexington have drafted a proposed settlement
21  agreement and anticipate that a settlement agreement will be finalized and funded and
22  a Stipulation re Dismissal will be filed in the next 45 days;

23  //
24  //
25  //
26  //
27  //
28  //

1  **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN**
2  Plaintiff St. Paul and Defendants Mt. Hawley and Lexington, by and through their
3  designated counsel, that the current trial date be vacated.
4
5  DATED: September 10, 2015    THE AGUILERA LAW GROUP, APLC
6
7                                    By:   *Kimberly R. Arnal*
8                                          A. Eric Aguilera
                                            Kimberly R. Arnal
9                                    Attorneys for Plaintiff,
10                                   ST. PAUL MERCURY INSURANCE GROUP
11
12 DATED: September 10, 2015    **SELVIN WRAITH HALMAN LLP**
13
14                                    By:   */s/ Gary R. Selvin (Auth. on 9-10-15)*
                                            Gary R. Selvin
15                                   Attorneys for Defendant LEXINGTON
16                                   INSURANCE COMPANY
17
18 DATED: September 10, 2015    **MORISON & PROUGH, LLP**
19
20                                    By:   */s/ Michael Prough (Auth. on 9-2-15)*
                                            Michael Prough
21                                   Attorneys for Defendant
22                                   MT. HAWLEY INSURANCE COMPANY
23                              **[PROPOSED] ORDER**
24
25     PURSUANT TO STIPULATION, IT IS SO ORDERED. The pretrial filing
   deadline of 9/22/15 is hereby vacated.  The Court will consider vacating the
26 DATED: the 10/13/15 pretrial conference and 11/16/15 trial upon receipt of
   a status report re: settlement progress
27 to be filed by 9/30/15.  The status          Honorable Edward M. Chen
   conference is reset for 10/8/15 at 10:30 a.m.
28

                                    3

                                    CASE NO. 3:13-CV-01082-EMC
                   STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE

*IT IS SO ORDERED MODIFIED — Judge Edward M. Chen*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 S. Flower St., Ste. 2300, Los Angeles, California 90071. On **September 10, 2015**, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:      **STIPULATION AND [PROPOSED] ORDER\ TO VACATE TRIAL DATE**

SERVED UPON:      **SEE ATTACHED SERVICE LIST**

☐ **BY U.S. MAIL**
☐ *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF**  I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 10, 2015** at Los Angeles, California.

　　　　　　　　　　　　　　　　_/s/ Judy Jaramillo_____
　　　　　　　　　　　　　　　　　　Judy Jaramillo